JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **Matt Deal,** | CASE NO.: 8:10-cv-00514-DOC-RNB |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| **International Recovery Systems, Inc., et. al.** | **Hon. David O. Carter** |
| Defendants. | |

Based on the Stipulation for Dismissal with Prejudice, the action is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: June 9, 2011

_David O. Carter_

Hon. David O. Carter